AO 442 (Rev. 11/11) Arrest Warrant

**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

U.S. DISTRICT COURT NH
FILED
2018 SEP 21 A 8:11

United States of America
v.
Aiden Davidson
a/k/a Hamed Aliabadi

)
)  Case No. 18-mj-157-01 AJ
)
)
)
)

Defendant

RECEIVED
U.S. MARSHAL
CONCORD, NH
2018 AUG 31 PM 4:11

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Aiden Davidson a/k/a Hamed Aliabadi,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

50 U.S.C. §1705(c) - Conspiracy to Willfully Violate the Iranian Transactions and Sanctions Regulations

Date: 8/31/2018

*Issuing officer's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/31/18, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

WARRANT EXECUTED
N/GA  9/4/18
District  Date

*Printed name and title*