**RECEIPT # 0487**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

COLLATERAL RECEIPT AND ACKNOWLEDGMENT OF RETURN

United States of America

v.  Case No. 18mj157-01-AJ

Aiden Davidson

## COLLATERAL RECEIPT

Name and Address of Submitting Party: Cathy A. Tovornik, Supervising USPO
Federal Pretrial Services
Western District of Tennessee
109 South Highland Ave., Rm B-6
Jackson, TN 38301

*This document must be presented to the Clerk's Office to allow release of any collateral following a court order.* **Please retain your copy.**

Receipt is hereby acknowledged of the following:

Islamic Republic of Iran Passport
Passport no. U41602584
exp. 6/13/2022

Date: 9/25/2018

_____
Deputy Clerk

Distribution of Form:
Original - Collateral Receipt Folder    Yellow - Submitting Party

### ACKNOWLEDGMENT OF RETURN OF COLLATERAL

Receipt is acknowledged of the collateral listed above.

Received By:

Date: _____

_____
Signature

USDCNH-52 (5/16)

# WESTERN DISTRICT OF TENNESSEE
# PRETRIAL SERVICES OFFICE

**HEADQUARTERS**

CAROLYN W. MOORE
CHIEF U.S. PRETRIAL SERVICES OFFICER
167 N. MAIN STREET, SUITE 459
MEMPHIS, TENNESSEE 38103-1823
COMM 901-495-1550
FAX 901-495-1590

**SATELLITE**

ED JONES FEDERAL BUILDING
109 S. HIGHLAND AVENUE, SUITE B-6
JACKSON, TENNESSEE 38301
COMM 731-421-9260
FAX 731-421-6930

REPLY TO THE MEMPHIS OFFICE

September 18, 2018

**Re: *United States v. Davidson***
Docket Number: 18-mj-157-01 (District of New Hampshire)
Docket Number: 18-mj-00870-JFK-1 (Northern District of Georgia)

Dear Sir,

On September 17, 2018, Aiden Davidson was ordered released from pretrial custody by the Honorable Janet F. King, U.S. Magistrate Judge, Northern District of Georgia at Atlanta. As a condition of your release, you were ordered to *"surrender any passport to your supervising officer by 24 hours and do not obtain nor possess a passport or other international travel document, not obtain or possess a passport or other international travel document in your name, another name or on behalf of a third party, including minor children."*

You have surrendered passport number: **U41602584** to U.S. Pretrial Services, Western District of Tennessee, on September 18, 2018. (Nationality: **Iran**)

You have surrendered passport number: **N/A** to U.S. Pretrial Services, Western District of Tennessee, on September 18, 2018. (Nationality: **N/A**)

The passport(s) will be mailed to U.S. District Court, District of New Hampshire at Concord located at 55 Pleasant Street, Room 110, Concord, NH 03301-3914 (603-225-1423). Reference case number: 18-mj-157-01.

Please call me at (731) 421-9263 if you need additional information.

Your signature indicates receipt of a copy of this notice and understanding that the passport(s) will be transferred to the custody of the District of New Hampshire, Clerk of Court.

_Aiden Davidson_                09/18/18
Aiden Davidson                   Date

_Cathy Tovornik_                 9/18/18
Cathy Tovornik                   Date
U.S. Pretrial Services Officer

cc: file

FEDERAL PRETRIAL SERVICES
459 FEDERAL BUILDING
167 NORTH MAIN STREET
MEMPHIS, TN 38103