UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:18-cr-169-JL |
| ) | |
| AIDEN DAVIDSON ) | |

JOINT STIPULATION AND PROPOSED FINDINGS
WITH RESPECT TO APPLICATION OF THE SPEEDY TRIAL ACT

In response to the Court's Order of November 29, 2018, the parties hereby jointly move the Court to accept the following joint stipulation regarding the application of Title 18, United States Code, Section 3161, et seq. to this case:

(a) since the defendant's indictment on October 17, 2018, 167 days will have elapsed as of the currently scheduled trial date (April 2, 2019);

(b) since the defendant's indictment on October 17, 2018, 127 days of excludable time will have elapsed as of the currently scheduled trial date (April 2, 2019); and

(c) Accordingly, as of the currently scheduled trial date, 40 days of non-excludable time will have elapsed and 30 days of non-excludable time will remain.

Respectfully submitted,

JOHN S. DAVIS
United States Attorney

Dated: December 6, 2018   By: /s/ John S. Davis
John S. Davis
Assistant United States Attorney
New Hampshire Bar No. 592
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
John.davis8@usdoj.gov

             AIDEN DAVIDSON
             Defendant, by his attorney

Dated: December 6, 2018    By: /s/ Michael J. Connolly
              Michael J. Connolly
              Hinckley Allen & Snyder
              650 Elm Street, Suite 500
              Manchester, NH 03101
              603 225-4334
              mconnolly@hinckleyallen.com