UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> AIDEN DAVIDSON, ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:18-cr-00169-JL |

## WAIVER OF SPEEDY TRIAL

I, Aiden Davidson, the Defendant in the above-captioned matter, have been advised of my rights under 18 U.S.C. § 3161, et seq., and all other applicable federal laws, and have further been advised that the Court has granted the Motion to Continue Trial to Late March 2019, and has therefore rescheduled trial, initially set for a two-week period beginning on December 11, 2018, to a two-week period beginning April 2, 2019, with a Final Pretrial Conference set for March 26, 2019. I consent to the extended trial date, and waive any rights I may have under 18 U.S.C. § 3161, et seq., and any other federal laws.

Dated: December 6, 2018

_Aiden Davidson._
Aiden Davidson

## CERTIFICATE OF SERVICE

I certify that, on the above date, a true copy of the above document was served electronically upon Assistant U.S. Attorney John Davis.

#266227
for
Michael Connolly (#14371)

#58275459