**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 1:19-cr-** |
| | ) | |
| **AIDEN DAVIDSON (a/k/a "Hamed Aliabadi")** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **BABAZADEH TRADING CO.** | ) | |
| **(a/k/a "Babazadeh Hydraulic Trading Group"))** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Superseding Indictment against the

above-named defendant having been filed in the above-entitled case on the 9th day January 2019.

This 9th day of January 2019

SCOTT W. MURRAY
United States Attorney

/s/ John S. Davis
John S. Davis
Assistant U.S. Attorney

SUMMONS ISSUED: _____