AO 83 (Rev. 06/09) Summons in a Criminal Case


RECEIVED
U.S. MARSHAL
CONCORD, NH
2019 JAN 18 AM 8:35

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br>Aiden Davidson (a/k/a "Hamed Aliabadi")<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 18-cr-00169-JL<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: B |
|---|---|
| | Date and Time: 2/1/19 @ 2:00 pm |

This offense is briefly described as follows:

50 U.S.C. § 1705 – Conspiracy to Violate International Emergency Economic Powers Act
18 U.S.C. § 1956(a)(2)(A) – International Money Laundering
18 U.S.C. § 1956(h) – International Money Laundering Conspiracy
18 U.S.C. § 554 – Smuggling Goods from the U.S.

Date: 1/17/19

*Kellie Otis*
*Issuing officer's signature*

Kellie Otis, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☑ Returned this summons unexecuted

No Information

Date: _____

*Server's signature*

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JAN 23 2018
FILED

*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 18-cr-00169-JL

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)***

### INFORMATION FOR SERVICE

Name of defendant/offender: <u>Aiden Davidson a/k/a Hamed Aliabadi</u>

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: <u>Michael Connelly, Esq.</u>

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: