UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> AIDEN DAVIDSON, </br>  Defendant. | ) </br> ) </br> ) </br> ) </br> )  No. 1:18-cr-169-JL </br> ) </br> ) </br> ) |

## ASSENTED-TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Rule 44.3 and 83.6(d) of the Local Rules of the United States District Court for the District of New Hampshire, undersigned counsel respectfully moves to withdraw as counsel for Defendant Aiden Davidson. This withdrawal would not prejudice any party or cause undue delay as successor counsel, Paul A. Maggiotto and J.W. Carney, Jr., have already filed appearances on February 19 and 26, 2019, respectively. Both the United States and Defendant, through counsel, assent to this motion. Wherefore, undersigned counsel respectively requests an Order granting approval of undersigned's withdrawal as counsel for Defendant.

Respectfully submitted,

Dated:  March 1, 2019

*/s/ Michael J. Connolly*
Michael J. Connolly, Esq. (#14371)
Hinckley, Allen & Snyder LLP
650 Elm Street
Manchester, NH 03101
Ph. (603) 225-4334
mconnolly@hinckleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing has been forwarded to all counsel of record by ECF.

*/s/ Michael J. Connolly*
Michael J. Connolly, Esq.

#58482836