# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) Case No. 18-CR-169-JL |
| AIDEN DAVIDSON, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' SENTENCING EXHIBIT A

In support of its sentencing recommendation, the Government hereby provides the following selection of cases involving illegal exports to Iran in which the sentencing court imposed a term of incarceration.

| Defendant | Original Charge(s) | Materials | Sentence | Final Charge(s) |
| --- | --- | --- | --- | --- |
| Erdal Kuyumcu, 16-CR-308 (E.D.N.Y.) | 50 U.S.C. §§ 1701, 1702 and 1705; 31 C.F.R. §§ 560.203, 560.204 and 560.206 | Specialized metallic powder used in aerospace, missile production, & nuclear applications | 9/7/17: 57 months imprisonment, 3 years supervised release | Plea to: 50 U.S.C. §§ 1705(a) and 1705(c) |
| Ali Reza Parsa, 14-CR-00710 (S.D.N.Y.) | 50 U.S.C. § 1705 | Electronic components | 5/20/16: 36 months imprisonment, no supervised release | Plea to: 50 U.S.C. § 1705 |
| Sihai Cheng 13-10332-PBS (D.Mass), *aff'd., U.S. v. Cheng*, 849 F.3d 516 (1st Cir. 2017) | 50 U.S.C. §§ 1705, 192; 18 U.S.C. §§ 371, 554, 981; 28 U.S.C. § 2461 | Pressure transducers used for nuclear weapons program | 1/27/16: 108 months incarceration; no supervised release | Plea to: 50 U.S.C. § 1705, 18 U.S.C. § 371 |

| Name | Statutes | Commodity | Sentence | Disposition |
|---|---|---|---|---|
| Arash Ghahreman, 13-CR-4228 (S.D.Cal.) | 50 U.S.C. §§ 1702 and 1705; 31 C.F.R. §§ 560.203, 560.204; 18 U.S.C. §§ 1956(h), 1956(a)(2)(A) 554, 2, 981)a)(1)(C), 982 (a)(1), 371; 28 U.S.C. 2461(c) | Marine navigation equipment and military electronic equipment | 8/27/15: 78 months imprisonment, 3 years supervised release | Conviction at trial: 50 U.S.C. §§ 1702 and 1705; 31 C.F.R. §§ 560.203, 560.204; 18 U.S.C. §§ 1956(h), 1956(a)(2)(A) 554, 2, 981)a)(1)(C). 982 (a)(1), 371; 28 U.S.C. 2461(c) |
| Ali Saboonchi, 13-CR-100 (D.Md.) | 50 U.S.C. §§ 1702, 1705 & 31 C.F.R. §§ 560.203, 560.204, 18 U.S.C. § 371 | U.S.-manufactured industrial products | 2/2/15: 24 months imprisonment, 1 year supervised release | Conviction at trial: 50 U.S.C. §§ 1702, 1705; 31 C.F.R. §§ 560.203-4 |
| Vahid Hosseini, 14-CR-66 (E.D.Va.) | 50 U.S.C. §§ 1702, 1705(a) & (c), 31 C.F.R. §§ 560.203, 560.204, 18 U.S.C. § 2 | Variety commercial & mechanical equipment | 6/13/14: 30 months imprisonment, 2 years supervised release | Plea to Information, as charged |
| John Alexander Talley, 13-CR-0028 (M.D.Fl.) | 50 U.S.C. §§ 1701, 31 C.F.R. §§ 560.203, 560.204, 18 U.S.C. §§ 1956(a)(2)(A) and 371 | Computer equipment | 4/30/14: 30 months imprisonment, 3 years supervised release | Plea to: 18 U.S.C. § 371 |
| Mark Mason Alexander, 11-CR-0036 (N.D.Ga.) | 18 U.S.C. § 371 | Water-jet cutting system used for precision cutting aluminum, glass, granite & steel | 1/6/14: 18 months imprisonment, 3 years supervised release | Conviction at trial: 18 U.S.C. § 371 |
| Nader Modanlo, 10-CR-295 (D.MD.) | 50 U.S.C. §§ 1705(b); 18 U.S.C. §§ 371, 1956, 1957, 981, 982, 2; 28 U.S.C. § 2461(c) | Telecommunication satellite services | 12/30/13: 96 months imprisonment, 3 years supervised release | Conviction at trial: 50 U.S.C. §§ 1705(b); 18 U.S.C. §§ 371 1956, 1957, 981, 982, 2; 28 U.S.C. § 2461(c) |
| Hamid Reza Hashemi, 12-CR-804 (S.D.N.Y.) | 50 U.S.C. §§ 1701, 1706; 31 C.F.R. §§ 560.203, 560.204; 18 U.S.C. § 2 | Carbon fibers (dual use commodity) | 11/15/13: 46 months imprisonment, 1 year supervised release | Plea to: 50 U.S.C. § 1705, 18 U.S.C. § 2 |
| Lim Kow Seng, 10-CR-00174 (D.D.C.) | 18 U.S.C. §§ 371, 554, 2, 1001, 1512, 2; 50 U.S.C. §§ 1705, 1706; 31 C.F.R. §§ 560.203, 560.204 | Radio modules | 9/20/13: 37 months imprisonment, 3 years supervised release | Plea to: 18 U.S.C. § 371 |

| Hia Soo Gan Benson, 10-CR-00174 (D.D.C.) | 18 U.S.C. §§ 371, 554, 2, 1001, 1512; 50 U.S.C. §§ 1705, 1706; 31 C.F.R. §§ 560.203, 560.204 | Radio modules | 9/20/13: 34 months imprisonment, 3 years supervised release | Plea to: 18 U.S.C. § 371 |
|---|---|---|---|---|
| Arsalan Shemirani, 12-CR-0075 (D.D.C.), aff'd., U.S. v. Shemirani, 802 F.3d 1, 3-4 (D.C. Cir. 2015) | 18 U.S.C. §§ 371, 1001; 50 U.S.C. § 1705; 31 C.F.R. 560 | 37000 electronic parts & components with a total cost of more than $187,000 | 8/15/13: 48 months imprisonment, 3 yrs. supervised release | Plea to 18 U.S.C. §371 |
| Sayed A. Ghorashi Sarvestani 13-CR-214 (S.D.N.Y.) | 50 U.S.C. § 1705; 18 U.S.C. §371 | U.S.-made goods | 8/14/13: 30 months imprisonment, $100,000 fine | Plea to: 18 U.S.C. §371 |
| Mohammad Reza Haijan, 12-CR-177 (M.D.Fl.) | 18 U.S.C. § 371, 50 U.S.C. § 1705 | Computer & related equipment | 10/24/12: 48 months imprisonment, 3 yrs. supervised release | Plea to: 18 U.S.C. §371 |
| Michael Edward Todd, 10-CR-0058-01 (M.D.Ga.) | 18 U.S.C. §§ 371, 1956, 1001; 22 U.S.C. § 2778; 50 U.S.C. §1705 | Components of attack helicopters & fighter jets | 10/31/12: 35 months imprisonment, 3 yrs. supervised release, $10,000 fine | Plea to: 18 U.S.C. §371 |
| Hamid Seifi, 10-CR-0058-03 (M.D.Ga.) | 18 U.S.C. §§ 371, 1956; 22 U.S.C. § 2778; 50 U.S.C. §§ 1702, 1705; 31 C.F.R. 560.203 | Components of attack helicopters & fighter jets | 7/5/11: 56 months imprisonment | Plea to 18 U.S.C. §371, 50 U.S.C. §1705 |
| Amirhossein Sairafi, 09-CR-1344 (C.D.Cal.) | 18 U.S.C. §§ 371, 1956(a)(2)(A); 50 U.S.C. §§ 1701-06 | Vacuum pumps & vacuum pump-related equipment | 3/7/11: 41 months imprisonment, 3 years supervised release | Plea to 18 U.S.C. §§ 371, 1956(a)(2)(A); 50 U.S.C. §§ 1701-06 |
| Laura-Wang Woodford, 03-CR-0070 (E.D.N.Y.) | 18 U.S.C. §§ 371, 1956(h), 3551; 21 U.S.C. § 853; 22 U.S.C. § 2778; 28 U.S.C. § 2461(c); 22 C.F.R. § 121; 50 U.S.C. § 1705; 31 C.F.R. §§ 560.203, 560.204, 560.206, 560.701 | Aircraft components | 12/4/09: 46 months imprisonment, 3 years supervised release, $500,000 forfeiture order, $12,500 fine | Plea to 18 U.S.C. §§ 371, 3551 |
| Richard Phillips 11-CR-757 (E.D.N.Y.) | 50 U.S.C. § 1702; 18 U.S.C. § 2 | Carbon fiber (dual use commodity) | 6/21/12: 92 months imprisonment, 3 years supervised release | Plea to: 50 U.S.C. § 1702 |

| Yi-Lan Chen 10-CR-20246 (S.D.Fl.) | 50 U.S.C. § 1705, 31 C.F.R. §§ 560.203, 560.204 | Dual-use items including hermetic connectors and glass to metal seals | 8/31/2010: 42 months imprisonment, two years supervised release | Plea to: 50 U.S.C. § 1705, 31 C.F.R. §§ 560.203, 560.204 |

Dated: July 15, 2020

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

By: /s/ Cam T. Le
Cam T. Le
John S. Davis
Assistant U.S. Attorneys
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552